IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YOLANDA SHANNON and
MICHAEL SHANNON,

    Plaintiffs,

vs.                                          Civ. No. 13-00880 KG/RHS

ANDREW K. METZGER, M.D., JEFF
HAUGHTON, P.A., SOUTHWEST
NEUROSURGICAL ASSOCIATES, P.C.,
MEDTRONIC, INC., and MEDTRONIC
SOFAMOR DANEK USA, INC.,

    Defendants.

## ORDER OF REMAND

Having granted Plaintiff's Motion to Remand (Doc. 4) by Memorandum Opinion and Order entered contemporaneously with this Order of Remand,

IT IS ORDERED that this matter is remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE